IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF THE CENTRAL LABORERS' PENSION FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )    No.  06-3179 ) |
| WARD'S CUSTOM LANDSCAPING, INCORPORATED, and WARDINE SMITH d/b/a WARD'S CUSTOM LANDSCAPING, INCORPORATED, | ) ) ) ) ) |
| Defendant. | ) ) |

## OPINION

This cause coming to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendants, WARD'S CUSTOM LANDSCAPING, INCORPORATED, and WARDINE SMITH d/b/a WARD'S CUSTOM LANDSCAPING, INCORPORATED, and that the Defendants have failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against Defendants, WARD'S CUSTOM LANDSCAPING, INCORPORATED, and WARDINE SMITH d/b/a WARD'S CUSTOM LANDSCAPING, INCORPORATED, as follows:

   A.    Judgment is entered in favor of the Plaintiffs and against the Defendants for audit liabilities, liquidated damages and audit costs due and owing for the period from January 1, 2003, through December 31, 2005, in the total amount of $10,750.50;

   B.    Defendants are ordered to pay to the Plaintiffs its attorney fees in the amount of

$2,621.58, as provided by the trust agreements and ERISA, 29 U.S.C. §1132(g)(2); and

    C.    Defendants are ordered to pay all costs attendant to the cost of these proceedings.

ENTERED this 14th day of November, 2006.

        s/Richard Mills
        **RICHARD MILLS**
        **UNITED STATES DISTRICT JUDGE**